1006

[No. 2846–2. Division Two. January 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD EDWARD WOGAMON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 49994, Waldo F. Stone, J., entered January 15 and March 3, 1977. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2421–2. Division Two. January 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS R. PARISH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C–5410, Gerry L. Alexander, J., entered May 28, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2095–2. Division Two. January 13, 1978.]

MABLE SEIERSTAD, ET AL, *Respondents*, POULSBO RURAL TELEPHONE ASSOCIATION, ET AL, *Appellants*, v. J. PAUL COIE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 58208, Jerome M. Johnson, J., entered September 17, 1975. *Affirmed as modified* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.